788

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LEWIS MC-. AFEE, Defendant-Appellant.

(No. 56487;

First District (3rd Division)—October 17, 1974.

Opinion by Mr. JUSTICE DEMPSEY.

Paul Bradley and Richard D. Thomas, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Marianne Jackson, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES STAPLES, Defendant-Appellant.

(No. 59008;

First District (3rd Division)—October 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.